UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR19-12 RSM |
| v. | **DETENTION ORDER** |
| JOHN WILLIAM ALDERSON, | |
| Defendant. | |

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1)     Defendant is charged with wire fraud and aggravated identity theft. Defendant has a long and consistent history of committing crimes. He was convicted in this court in 2003 of wire fraud and social security fraud. He has a pending felony theft charge in King County Superior Court. And the government proffered that he continued to engage in other criminal

DETENTION ORDER - 1

activities involving fraud and identity theft up to the time of his recent arrest. The Court

therefore **ORDERS**:

(1)     Defendant shall be detained pending trial and committed to the custody of the

Attorney General for confinement in a correctional facility separate, to the extent practicable,

from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3)     On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the correctional facility in which Defendant is confined

shall deliver the defendant to a United States Marshal for the purpose of an appearance in

connection with a court proceeding; and

(4)     The Clerk shall direct copies of this order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

Officer.

DATED this 31st day of January, 2019.


_____
BRIAN A. TSUCHIDA
United States Magistrate Judge