UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JOHN WILLIAM ALDERSON,<br><br>                Defendant. | No. CR19-12RAJ<br><br>ORDER CONTINUING<br>TRIAL DATE AND PRETRIAL<br>MOTIONS DEADLINE |

THIS MATTER comes before the Court upon the Defendant's unopposed motion to continue the trial date in this matter. Having considered the entirety of the records and file herein, and based on the facts set forth in the unopposed motion to continue trial, the Court finds as follows:

1. That failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv);

2. That due to the nature of the prosecution it is unreasonable to expect adequate preparation within the time limits specified within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii);

3. That failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible and result in a miscarriage of justice; and

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
(*John Alderson*; No. CR19-12RAJ) - 1

WILL & WILL, PLLC
701 Fifth Avenue Suite 3510
Seattle, WA 98104
206.209.5585 | Fax: 206.717.7085

1 | 4. That the ends of justice will be served by ordering a continuance in the case, that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

THEREFORE, the Court rules as follows:

GOOD CAUSE HAVING BEEN SHOWN, Defendant's unopposed motion (Dkt. #25) is GRANTED. The trial date in this matter is continued to October 7, 2019, at 9:00 a.m. All pretrial motions, including motions in limine, shall be filed no later than August 22, 2019.

IT IS FURTHER ORDERED that the period of time from the date of this order to the new trial date of October 7, 2019, is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

DATED this 1st day of March, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
(*John Alderson*; No. CR19-12RAJ) - 2

WILL & WILL, PLLC
701 Fifth Avenue Suite 3510
Seattle, WA 98104
206.209.5585 | Fax: 206.717.7085