The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOHN WILLIAM ALDERSON,<br><br>Defendant. | NO. 2:19-cr-00012-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO APPOINT COUNSEL |

THIS MATTER comes before the Court on Defendant's Pro Se Motion to Appoint Counsel. Having considered the motion, and the files and pleadings herein,

IT IS HEREBY ORDERED that the Motion (Dkt. # 44) is GRANTED. The Clerk is directed to provide a copy of this Order to the CJA Coordinator for appointment of counsel in this matter. Appointment of counsel shall be for the sole purpose of assisting Defendant with a potential motion for compassionate release.

DATED this 6th day of January, 2021.

_____
The Honorable Richard A. Jones
United States District Judge