

United States Probation and Pretrial Services
*Western District of Washington*

Monique D. Neal      Brenda L. Amundson
*Chief*     *Deputy Chief*

# MEMORANDUM

| | |
|---|---|
| Date: | August 24, 2023 |
| To: | The Honorable Richard A. Jones, United States District Judge |
| From: | Raymond E. Cowles<br>United States Probation Officer |
| Subject: | John William Alderson<br>Case Number: 2:19CR00012RAJ-001<br>**REQUEST FOR INTERNATIONAL TRAVEL** |

**STATUS**:
On November 1, 2019, John William Alderson was sentenced by Your Honor to 60 months' custody and 3 years' supervised release after pleading guilty to Wire Fraud, in violation of 18 U.S.C. §§1343 and 2; and Aggravated Identity Theft, in violation of 18 U.S.C. §§1028A and 2. In addition to the standard conditions of supervised release, the following special conditions of were ordered: drug treatment/testing; mental health treatment; Moral Reconation Therapy; no self-employment; financial disclosure; maintain single checking account; pay restitution in the amount of $141,482.38; and submit to search of person/property.

Mr. Alderson's term of supervision began on June 10, 2022, and is set to expire on June 9, 2025.

**ADJUSTMENT AND EVALUATION**:
Mr. Alderson is requesting travel to the Herbolzheim, Germany, with his mother and father as a work trip to finalize details of the production line of their new company product.

Although Mr. Alderson has made only minimum payments toward his restitution, he has made numerous efforts to increase his income and seems motivated to make larger payments toward restitution. He has continued to apply for local employment opportunities; however, the locality of his residence and his lack of limited transportation has limited his employment opportunities. I have approved Mr. Alderson to work for his parents developing their candy distribution company as a lead marketer. This employment was approved on the conditions he works as a full-time, taxed employee and that he not have direct access to the businesses or his parents' personal finances. As a final step in the development of the production process for the company, Mr. Alderson, his mother, and father would like to travel to the production company facility in Germany to ensure quality assurance and finalize costs. As verified with his mother and father, his family has the financial means for the travel, which is expected to cost around $3,000 for flight and accommodations. Mrs. Alderson verified the trip will be fully funded by through the company account. Additionally, Mr. Alderson's mother has assured me this is a work-related trip, and not for leisure.

Mr. Alderson has been on supervision for more than a year and is in full compliance with his terms of supervised release. He seems to be adjusting without issue to supervision, and has provided me with ample communication

The Honorable Richard A. Jones, United States District Judge — Page 2
RE: John William Alderson, 2:19CR00012RAJ-001 — August 24, 2023

and documentation regarding his financial status and dealings through his term. Mrs. Alderson has also articulated she understands the importance of her son making restitution to his victims in this case. She contends that if this travel is approved, it will aid in employment growth and income for Mr. Alderson, which would in turn improve his ability pay restitution payments in accordance with the Court's orders.

Mr. Alderson's family has purchased refundable airline tickets and paid lodging fees, knowing that Mr. Alderson must await the Court's approval for the international travel. Mr. Alderson is requesting travel October 15, 2023 through October 23, 2023. If approved, Mr. Alderson would be staying at the Hotel Hirschen, Freiburg-Lehen, Germany and he agreed to abide by all regulations of Germany and any European Union regulations that may be in place, including those specific to the COVID-19 pandemic. I confirmed Germany and the European Union would not restrict Mr. Alderson's travel to and within the territories. Additionally, Mr. Alderson will be required to notify the probation office when he leaves and returns to the district.

**RECOMMENDATION**:
Mr. Alderson has strong ties to our district through family, and I believe his family and their company has the financial means to make this travel while maintaining his current supervision obligations. I do not believe Mr. Alderson to be a risk of flight or danger to the community.

Based upon the verified information in this report, Mr. Alderson's substantial compliance while on supervision, it is respectfully recommended he be permitted to travel outside of the United States to Germany.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of August, 2023.

Raymond E. Cowles
United States Probation Officer

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

BY:

Patrick E. Robertson
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ Approve
☐ Disapprove
☐ Request conference with Probation Officer

Signature of Judicial Officer
August 25, 2023
Date